U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 2 2016

TONY R. MOORE, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CLARENCE FRITZ | CIVIL ACTION 15-1642 |
| VERSUS | JUDGE HAIK |
| B. BLENCHARD, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT

Before the Court is a Petition for Writ of Habeas Corpus filed by Clarence Fritz. The Magistrate Judge issued a Report and Recommendation in this matter on September 25, 2015 which was mailed that date to petitioner. The mail was returned as undeliverable on October 9, 2015. Efforts to locate Mr. Fritz have been unsuccessful. Additionally, it is noted that it is the obligation of the petitioner to report changes of address to the Clerk of Court and to keep his information current.

Although Mr. Fritz has not responded given his location is unknown, full consideration of the record, the Court concludes the Report and Recommendation of the Magistrate Judge is correct and, therefore, adopts the conclusions set forth therein. Accordingly,

It is hereby **ORDERED** that petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 USC section 2241 is **DISMISSED WITH PREJUDICE for failing to state a claim for which relief may be granted.**

THUS DONE and SIGNED on this 12th day of January, 2016.

_____
RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT